1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK E. CULLERS
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000



FILED
APR 15 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

SEALED

1:10 CR 0 0 1 5 1 AWI

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. |
|---|---|
| Plaintiff, | ) EX PARTE MOTION TO SEAL |
|  | ) INDICTMENT PURSUANT |
| v. | ) TO RULE 6(e), FEDERAL |
|  | ) FEDERAL RULES OF |
| PATRICIA ANN KING, | ) CRIMINAL PROCEDURE |
| Defendant. | ) |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on April 15, 2010, charging the above defendant with a violation of Title 26, United States Code, Section 7206(2)- Aiding and Assisting The Preparation of a False Tax Document charges be kept secret until the defendant named in the Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrant issued

1 | pursuant thereto, except when necessary for the issuance and
2 | execution of the warrant.
3 | DATED: April 15, 2010                Respectfully submitted,
4 |                                      BENJAMIN B. WAGNER
                                         United States Attorney
5 |
                                         By [signature]
6 |                                         MARK E. CULLERS
                                         Assistant U.S. Attorney
7 |
8 | IT IS SO ORDERED this 15th day of April, 2010
9 |
10|                                      [signature]
                                         U.S. Magistrate Judge