BENJAMIN W. WAGNER
United States Attorney
MARK E. CULLERS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED

APR 2 9 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES,

    Plaintiff

v.

PATRICIA ANN KING,

    Defendant.

CASE NO. 1:10-CR-0151 AWI

ORDER TO UNSEAL INDICTMENT

IT IS HEREBY ORDERED that the case be unsealed as to PATRICIA ANN KING, and be made public record.

DATED: 4/29/10

DENNIS L. BECK
U.S. Magistrate Judge