# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



**FILED**

JUN 0 4 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| **United States of America** ) | |
| **vs.** ) | **Case No. 1:10-CR-00151-1** |
| **Patricia Ann King** ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Patricia Ann King_____ , have discussed with _____Dan Stark_____ , Pretrial Services Officer, modifications of my release conditions as follows:

You shall not enter any gambling establishment and you shall not participate in <u>any</u> gambling activities;

All previous conditions of release, not in conflict, are to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 6/3/10
Signature of Defendant        Date

_____ 6/3/2010
Pretrial Services Officer     Date

I have reviewed the conditions and concur that this modification is appropriate.

_____
Signature of Assistant United States Attorney

_____ 6/4/10
Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____
Signature of Defense Counsel

_____ 6/3/2010
Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on
☐ The above modification of conditions of release is *not* ordered.

_____ 6/4/10
Signature of Judicial Officer

_____ 6/4/10
Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services