1  THOMAS V. MILES 131118
   ATTORNEY AT LAW
2  5200 NORTH PALM, SUITE 408
   FRESNO, CALIFORNIA 93704
3  TELEPHONE: (559) 241-7000

4  ATTORNEY FOR Patricia Ann King

5

6                  UNITED STATES DISTRICT COURT

7                  EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,          )    NO. 1:10-CR-151 AWI
                                      )
10             Plaintiff,             )    STIPULATION TO CONTINUE
                                      )    STATUS CONFERENCE,
11        vs.                         )    AND ORDER THEREON
                                      )
12  PATRICIA ANN KING,                )    DATE:      November 1, 2010
                                      )    TIME:      9:00 AM
13                                    )    DEPT:      Hon. Anthony W. Ishii
              Defendant.              )
14  _____  )

15        IT IS HEREBY STIPULATED by and between the parties hereto through

16  their attorneys of record that the status hearing presently scheduled before the Hon

17  Anthony W. Ishii for November 1, 2010 at the hour of 9:00 AM be continued to November

18  15, 2010 at 9:00 AM.

19        The parties agree that the delay resulting from the continuance shall be

20  excluded in the interests of Justice, including, but not limited to, the need for the period

21  of time set forth herein for effective defense preparation pursuant to 18 U.S.C.

22  Section 3161 (h)(7)(B)(iv), and availability of counsel.

23  Dated: October 27, 2010. .      BENJAMIN B. WAGNER, United States Attorney

24                                  By:   /s/ Mark E. Cullers
                                    MARK E. CULLERS, Assistant U.S. Attorney
25                                  Attorney for Plaintiff

26  Dated: October 27, 2010.
                                         /s/ Thomas V. Miles
27                                  THOMAS V. MILES,
                                    Attorney for Defendant KING
28

                  Stipulation to Continue Status Hearing and Order Thereon

1

ORDER

2        IT SO ORDERED.  Time is excluded in the interests of justice pursuant to

3   18 U.S.C. Section 3161 (h)(8)(B)(iv) and availability of counsel.

4   IT IS SO ORDERED.

5

Dated:    October 28, 2010

6                                             CHIEF UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28