THOMAS V. MILES 131118
ATTORNEY AT LAW
5200 NORTH PALM, SUITE 408
FRESNO, CALIFORNIA 93704
TELEPHONE: (559) 241-7000

ATTORNEY FOR Patricia Ann King

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:10-CR-151 AWI |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE, |
| vs. | ) | AND ORDER THEREON |
| PATRICIA ANN KING, | ) | DATE:     November 15, 2010 |
| | ) | TIME:     9:00 AM |
| Defendant. | ) | DEPT:    Hon. Anthony W. Ishii |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that the status hearing presently scheduled before the Hon Anthony W. Ishii for November 15, 2010 at the hour of 9:00 AM be continued to December 6, 2010 at 9:00 AM.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of Justice, including, but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. Section 3161 (h)(7)(B)(iv), and availability of counsel.

Dated: November 9, 2010.          .BENJAMIN B. WAGNER, United States Attorney

By:   /s/ Mark E. Cullers
MARK E. CULLERS, Assistant U.S. Attorney
Attorney for Plaintiff

Dated: November 9, 2010.

/s/ Thomas V. Miles
THOMAS V. MILES,
Attorney for Defendant KING

1       ORDER

2               IT SO ORDERED.  Time is excluded in the interests of justice pursuant to

3    18 U.S.C. Section 3161 (h)(8)(B)(iv) and availability of counsel.

4

5    IT IS SO ORDERED.

6

7    Dated:    November 12, 2010

         CHIEF UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28