# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
DEC 1 3 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

|  |  |
|---|---|
| United States of America ) <br> vs. ) <br> Patricia Ann King ) | Case No. 1:10-CR-00151-1 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Patricia Ann King_____, have discussed with _____Dan Stark_____, Pretrial Services Officer, modifications of my release conditions as follows:

See attached.

I consent to this modification of my release conditions and agree to abide by this modification.

_____/s/ Patricia King_____  11/30/10       _____/s/_____  11/30/2010
Signature of Defendant    Date           Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____/s/_____   12/8/10
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____/s/_____   12/6/2010
Signature of Defense Counsel    Date

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on _12/9/10_.
☐ The above modification of conditions of release is *not* ordered.

_____/s/_____   12/9/10
Signature of Judicial Officer    Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services

KING, Patricia Ann
Dkt. No. 10-0151-001
Amended

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

(X)  (6)  The defendant is placed in the custody of:

Name of person or organization   Grace Manfredo

who agrees (a) to supervise the defendant in accordance with all conditions of release,
(b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: _Grace Manfredo_
CUSTODIAN OR PROXY

(X)  (7)  The defendant shall:
- ( )  (a)  maintain or actively seek employment, and provide proof thereof to the PSO, upon request.
- ( )  (b)  maintain or commence an educational program.
- (X)  (c)  **abide by the following restrictions on his personal associations, place of abode, or travel:**
  **Reside at a residence approved by the PSO, and not move or be absent from this residence for more than 24 hrs. without prior approval of PSO; travel restricted to the Eastern District of CA, unless otherwise approved in advance by PSO.**
- ( )  (d)  avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses: unless in the presence of counsel or otherwise approved in advance by the PSO.
- (X)  (e)  **report on a regular basis to the following agency:**
  **Pretrial Services and comply with their rules and regulations.**
- ( )  (f)  comply with the following curfew:
- ( )  (g)  refrain from possessing a firearm, destructive device, or other dangerous weapon.
- (X)  (h)  **refrain from excessive use of alcohol, and any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 USC §802 unless prescribed by a licensed medical practitioner. *However, medical marijuana, prescribed or not, may not be used.***
- (X)  (I)  **participate in a program of medical or mental health treatment including treatment for drug and/or alcohol dependency, and pay for costs as approved by the PSO.**
- ( )  (j)  executed a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release, the following sum of money or designated property:
- (X)  (k)  **submit to the search of your person, property, residence, and vehicle by the Pretrial Services Officer, and any other law enforcement officer under the immediate and personal supervision of the Pretrial Services Officer, without a search warrant.**
- (X)  (l)  **not enter any gambling establishment and you shall not participate in any gambling activities.**
- (X)  (m)  **participate in the Better Choices Court program and comply with all the rules and regulations of the program. You shall remain in the program until released by a Pretrial Services Officer.**
- (X)  (n)  **not be employed in a position providing tax advice or tax preparation.**
- (X)  (o)  **obtain no passport during the pendency of this case.**
- (X)  (p)  **submit to drug and/or alcohol testing as directed by the PSO.**
- (X)  (q)  **report any prescriptions to the PSO within 48 hours of receipt.**
- (X)  (r)  **report in person to the Pretrial Services Agency on the first working day following your release from custody.**

(Copies to:  Defendant, US Attorney, US Marshal, Pretrial Services)